| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Roberts, Bana B. | 2. Court or Organization<br><br>U.S.D.C. Western District of Oklahoma | 3. Date of Report<br><br>06/28/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full Time U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>03/31/2013 |
| 7. Chambers or Office Address<br><br>200 NW 4th Street<br>Room 1021 US Court House<br>Oklahoma City, OK 73102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Bana B.** | 06/28/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Tax Exempt Money Market | A | Interest | K | T | | | | | |
| 2. Federal Employees Federal Credit Union | A | Interest | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 (IRA) | | | | | | | | | |
| 4. --Fidelity Advisors Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 5. --Fidelity Advisors Equity Growth Mutual Fund | | None | J | T | | | | | |
| 6. ---Fidelity Advisors Growth Opportunity Mutual Fund | | None | J | T | | | | | |
| 7. ---Fidelity Advisors Equity Income Mutual Fund | A | Dividend | J | T | | | | | |
| 8. --Fidelity Advisors New Insights Mutual Fund | A | Dividend | J | T | | | | | |
| 9. --Smith Barney Money Market Account | A | Interest | J | T | | | | | |
| 10. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 11. --T. Rowe Price Mid-Cap Growth Mutual Fund | B | Dividend | K | T | | | | | |
| 12. --Fidelity Low Price Stock Fund | C | Dividend | K | T | | | | | |
| 13. --Schwab Cash Reserves Money Market | A | Interest | J | T | | | | | |
| 14. BROKERAGE ACCOUNT #3 (IRA) | | | | | | | | | |
| 15. --Schwab Money Market Account | A | Interest | J | T | | | | | |
| 16. --Fidelity Contra Fund | B | Dividend | L | T | | | | | |
| 17. --Oakmark Global Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --T. Rowe Price Mid Cap Value Fund | C | Dividend | L | T | | | | | |
| 19. --T. Rowe Price Emerging Markets Fund | A | Dividend | L | T | | | | | |
| 20. --T. Rowe Price Mid Cap Growth Fund | C | Dividend | L | T | | | | | |
| 21. --Pimco High Yield Fund | B | Dividend | K | T | | | | | |
| 22. --Aberdeen Australia Equity Fund | | None | K | T | | | | | |
| 23. --Blackrock International Growth Trust | | None | J | T | | | | | |
| 24. --Ishares Barclays Tips ETF | | None | | | Sold | 10/02/12 | J | A | |
| 25. --Ishares Nasdaq Biotech ETF | | None | | | Sold | 09/26/12 | J | C | |
| 26. --Ishares North American Technology ETF | | None | | | Sold | 10/12/12 | J | A | |
| 27. --PCM Fund, Inc | B | Dividend | K | T | Buy (add'l) | 07/31/12 | J | | |
| 28. --Pimco Corporate Opportunity fund | B | Dividend | K | T | | | | | |
| 29. --Pimco Global Stocks Plus | B | Dividend | L | T | Buy (add'l) | 7/31/12 | K | | |
| 30. --Pimco Income Strategy Fund II | B | Dividend | K | T | Buy (add'l) | 02/23/13 | J | | |
| 31. --Loomis Sayles Bond Fund | B | Dividend | K | T | | | | | |
| 32. --Western Asset High Income Fund | | None | J | T | | | | | |
| 33. --Buffalo Science and Tech Fund | C | Dividend | L | T | | | | | |
| 34. --Pimco Strategic Global Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares Canada Index ETF | | None | | | Sold | 01/27/12 | J | A | |
| 36. Ishares Energy ETF | | None | | | Sold | 06/01/12 | J | B | |
| 37. Sector SPDR | | None | | | Sold | 02/24/12 | J | A | |
| 38. Sector SPDR Utilities | | None | | | Sold | 09/26/12 | J | A | |
| 39. Ishares Emerging Market Fund | | None | | | Buy | 01/27/12 | J | | |
| 40. | | | | | Sold | 03/30/12 | J | A | |
| 41. American Capital Agency REIT | | None | | | Buy | 02/13/12 | K | | |
| 42. | | | | | Sold | 04/25/12 | K | A | |
| 43. | | | | | Buy | 05/14/12 | K | | |
| 44. | | | | | Sold | 07/18/12 | K | B | |
| 45. Powershares SP BuyWrite Portfolio | | None | | | Buy | 05/10/12 | J | | |
| 46. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 47. | | | | | Sold | 02/07/13 | K | A | |
| 48. INVESTMENT CLUB | | | | | | | | | |
| 49. --PCM Fund | B | Dividend | J | T | | | | | |
| 50. --Pimco Global Stocks | B | Dividend | J | T | | | | | |
| 51. --Pimco Corporate Opp. | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 53. --T. Rowe Price Media & Telecommunications Fund | B | Dividend | K | T | | | | | |
| 54. --T. Rowe Price Emerging Markets Stock Fund | A | Dividend | J | T | | | | | |
| 55. --T. Rowe Price Real Estate Fund | A | Dividend | K | T | | | | | |
| 56. BROKERAGE ACCOUNT #6 | | | | | | | | | |
| 57. --Skyline Special Equity Portfolio Fund | | None | K | T | | | | | |
| 58. --Pimco High Yield Fund | | None | | | Sold | 04/12/12 | K | B | |
| 59. --MB Financial Corp | | None | | | Sold | 05/03/12 | K | A | |
| 60. --RBC Life Sciences | | None | J | T | | | | | |
| 61. --Blackrock International Growth trust | | None | J | T | | | | | |
| 62. --ING Asia Pacific High Fund | B | Dividend | K | T | | | | | |
| 63. --PCM Fund, Inc. | B | Dividend | K | T | | | | | |
| 64. --Pimco Corporate Opportunity Fund | B | Dividend | K | T | | | | | |
| 65. --Pimco Global Stocks Plus | B | Dividend | K | T | Buy (add'l) | 04/17/12 | K | | |
| 66. --Pimco High Income Fund | C | Dividend | K | T | | | | | |
| 67. --Powershares Dynamic Banking Fund | | None | | | Sold | 03/30/12 | J | A | |
| 68. --Powershares Dynamic Semiconductor Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Powershares Financial Preferred | B | Dividend | K | T | | | | | |
| 70. --Van Kampen Muni Trust | C | Dividend | K | T | | | | | |
| 71. --Sandridge Energy, Inc. | | None | | | Buy | 02/02/12 | J | | |
| 72. | | | | | Sold | 02/07/12 | J | A | |
| 73. | | | | | Buy | 02/09/12 | J | | |
| 74. | | | | | Sold | 02/15/12 | J | A | |
| 75. | | | | | Buy | 03/07/12 | J | | |
| 76. | | | | | Sold | 03/15/12 | J | A | |
| 77. Denbury Resources, Inc. | | None | K | T | Sold | 01/04/12 | K | B | |
| 78. | | | | | Buy | 01/06/12 | K | | |
| 79. | | | | | Sold | 01/25/12 | K | B | |
| 80. | | | | | Buy | 01/27/12 | K | | |
| 81. | | | | | Sold | 02/07/12 | K | B | |
| 82. | | | | | Buy | 02/09/12 | K | | |
| 83. | | | | | Sold | 02/23/12 | K | B | |
| 84. | | | | | Buy | 02/27/12 | K | | |
| 85. | | | | | Buy (add'l) | 03/07/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pro Shares Ultra Dow 30 ETF | None | | | | Sold | 06/01/12 | J | A | |
| 87. Pro Shares Ulta Russell 2000 ETF | None | | | | Sold | 06/01/12 | J | A | |
| 88. U.S. Oil Fund ETF | None | | | | Sold | 01/27/12 | J | A | |
| 89. United International Corporation Common Stock | None | | J | T | | | | | |
| 90. Brokerage Account #7 | | | | | | | | | |
| 91. --Ishares Austria Index Fd. | None | | | | Buy | 01/27/12 | J | | |
| 92. | | | | | Sold | 06/01/12 | J | A | |
| 93. --ProShares Ultra QQQ | None | | | | Buy | 03/30/12 | J | | |
| 94. | | | | | Sold | 06/01/12 | J | A | |
| 95. --Ishares Barclays TIPS ETF | None | | | | Buy | 06/01/12 | J | | |
| 96. | | | | | Sold | 10/02/12 | J | A | |
| 97. | | | | | Buy | 10/05/12 | J | | |
| 98. | | | | | Sold | 02/01/13 | J | A | |
| 99. --Ishares Corporate Bond Fund | None | | | | Buy | 06/01/12 | J | | |
| 100. | | | | | Sold | 10/02/12 | J | A | |
| 101. --Vanguard Long Term Bond ETF | None | | | | Buy | 06/01/12 | J | | |
| 102. | | | | | Sold | 10/02/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Vanguard Intermediate Bond ETF | | None | | | Buy | 06/01/12 | J | | |
| 104. | | | | | Sold | 10/02/12 | J | A | |
| 105.  --Sector SPDR Energy Select ETF | | None | J | T | Buy | 07/27/12 | J | | |
| 106. | | | | | Sold | 10/02/12 | J | A | |
| 107. | | | | | Buy | 10/05/12 | J | | |
| 108.  --Ishares EURO350 ETF | | None | | | Buy | 10/02/12 | J | | |
| 109. | | | | | Sold | 10/02/12 | J | A | |
| 110. | | | | | Buy | 10/05/12 | J | | |
| 111. | | | | | Sold | 10/26/12 | J | A | |
| 112.  --Ishares Global Healthcare Index Fund | | None | | | Buy | 10/02/12 | J | | |
| 113. | | | | | Sold | 10/02/12 | J | A | |
| 114. | | | | | Buy | 10/05/12 | J | | |
| 115. | | | | | Sold | 10/26/12 | J | A | |
| 116. | | | | | Buy | 12/28/12 | J | | |
| 117. | | | | | Sold | 03/13/13 | J | A | |
| 118.  --Ishares Telecom ETF | | None | | | Buy | 10/05/12 | J | | |
| 119. | | | | | Sold | 03/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Sector SPDR | | None | J | T | Buy | 10/05/12 | J | | |
| 121.  --Ishares North American Technology ETF | | None | J | T | Buy | 10/05/12 | J | | |
| 122.  --Ishares Japan Pacific ETF | | None | J | T | Buy | 10/26/12 | J | | |
| 123. | | | | | Sold | 12/28/12 | J | A | |
| 124. | | | | | Buy | 12/28/12 | J | | |
| 125.  --Sector SPDR Health Fund ETF | | None | | | Buy | 10/26/12 | J | | |
| 126. | | | | | Sold | 11/30/12 | J | A | |
| 127.  --Ishares Nasdaq Biotech ETF | | None | J | T | Buy | 11/30/12 | J | | |
| 128. | | | | | Sold | 12/28/12 | J | A | |
| 129. | | | | | Buy | 03/01/13 | J | | |
| 130.  --Ishares Global Financials Index Fund | | None | J | T | Buy | 02/04/13 | J | | |
| 131.  --Sector SPDR Utilities Fd | | None | J | T | Buy | 03/01/13 | J | | |
| 132.  Brokerage Account #8 | | | | | | | | | |
| 133.  --SPDR S & P 600 Small Cap Growth ETF | | None | J | T | Buy | 02/04/13 | J | | |
| 134.  --Ishares Global 100 Index Fund | | None | J | T | Buy | 02/04/13 | J | | |
| 135.  --Ishares Russell Midcap Value Index Fund | | None | J | T | Buy | 02/04/13 | J | | |
| 136.  Brokerage Account #9 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Vanguard CNSMR Discretionary Fd. | | None | | | Buy | 02/24/12 | J | | |
| 138. | | | | | Sold | 06/29/12 | J | A | |
| 139. --Ishares Japan Index Fund | | None | | | Buy | 03/30/12 | J | | |
| 140. | | | | | Sold | 06/01/12 | J | A | |
| 141. --Ishares Transportation Index Fund | | None | | | Buy | 06/01/12 | J | | |
| 142. | | | | | Sold | 07/27/12 | J | A | |
| 143. --Sector SPDR | | None | | | Buy | 06/29/12 | J | | |
| 144. | | | | | Sold | 10/03/12 | J | A | |
| 145. --Vanguard Intermediate Bond Fund ETF | | None | | | Buy | 10/05/12 | J | | |
| 146. | | | | | Sold | 12/28/12 | J | A | |
| 147. --Ishares Corporate Bond ETF | | None | | | Buy | 10/05/12 | J | | |
| 148. | | | | | Sold | 02/02/13 | J | A | |
| 149. --Vanguard Long Term Bond Fund ETF | | None | | | Buy | 10/05/12 | J | | |
| 150. | | | | | Sold | 12/28/12 | J | A | |
| 151. --Ishares Barclays TIPS ETF | | None | | | Buy | 10/05/12 | J | | |
| 152. | | | | | Sold | 12/28/12 | J | A | |
| 153. --Ishares South Africa ETF | | None | | | Buy | 12/28/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 02/02/13 | J | A | |
| 155.  --BLDRS Asia ADR Index ETF | | None | | | Buy | 12/28/12 | J | | |
| 156. | | | | | Sold | 02/02/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 06/28/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bana B. Roberts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544